**Electronically Filed
Supreme Court
SCPW-18-0000466
06-AUG-2018
08:11 AM**

SCPW-18-0000466

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

OKHOO HANES, Petitioner,

vs.

THE HONORABLE HILARY B. GANGNES, Judge of the
District Court of the First Circuit, Respondent Judge,

and

SCOTTRADE, INC. and ED BARAOIDAN, Respondents.

ORIGINAL PROCEEDING
(CIV. NO. 1SC17-1-2015)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Okhoo Hanes's motion for reconsideration, filed on July 30, 2018, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, August 6, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

